IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| BRITTANY YAPLE, individually and as heir-in-law of John Brian Yaple, deceased, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION |
| v. | ) ) | No. 21-2045-JAR |
| JAKEL TRUCKING, LLC | ) ) | |
| Defendant. | ) ) | |

## JUDGMENT IN A CIVIL CASE

☒ JURY VERDICT. This action came before the Court for a jury trial. The issues have been tried and the jury has rendered its verdict in favor of Plaintiff Brittany Yaple.

☒ DECISION BY THE COURT. The Clerk is directed to enter judgment on behalf of Plaintiff Brittany Yaple for a total damage amount of $588,000.00.

**IT IS SO ORDERED.**

**Dated this 18th day of May, 2023, in Kansas City, Kansas.**

s/ Sarah Spegal
By Deputy Clerk
SKYLER O'HARA
Clerk of the District Court