# United States District Court

------------------------- DISTRICT OF KANSAS---------------------------

**BRITTANY YAPLE, Individually and as**
**Heir-at-Law of John Brian Yaple,**

     **Plaintiff,**

**v.**               **Case No: 21-2045-JAR**

**JAKEL TRUCKING, LLC,**

     **Defendants.**

## SECOND AMENDED JUDGMENT IN A CIVIL CASE

☐   Jury Verdict.  This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒   Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

**IT IS THEREFORE ORDERED BY THE COURT** that Plaintiff's Motion for Reconsideration (Doc. 139) is **granted**.  The clerk is directed to vacate the Amended Judgment (Doc. 138), and enter a Second Amended Judgment awarding Plaintiff $488,000, plus postjudgment interest pursuant to 28 U.S.C. § 1961.

September 11, 2023             SKYLER B. O'HARA
  Date                 CLERK OF THE DISTRICT COURT

                    by:  *s/ Sarah Spegal*
                      Deputy Clerk